IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:19-CR-083-M |
| RUEL HAMILTON (01) | |

NOTICE TO THE COURT REGARDING THE
GOVERNMENT'S INTENT TO CONTINUE ITS PROSECUTION OF HAMILTON

The United States of America files this notice pursuant to the Court's order of March 2, 2023 (Doc. 459), and notifies the Court that it intends to continue its prosecution of Hamilton on the remaining counts against him.

The government would therefore request this matter be set for a jury trial on April 24, 2023. Counsel for Hamilton requests that this matter be set for a status conference prior to setting it for trial. The government is not opposed to defense counsel's request.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Chad E. Meacham*

CHAD E. MEACHAM
Assistant United States Attorney
Texas Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8716
Facsimile: (214) 659-8812
Email: chad.meacham@usdoj.gov

**Notice - Page 1**

## CERTIFICATE OF SERVICE

      I certify that on March 22, 2023, I filed the foregoing via the court's electronic case filing system, which will send a notification of electronic filing to counsel for the Hamilton.

*Chad E. Meacham*
_____
CHAD E. MEACHAM
Assistant United States Attorney