IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-cr-083-M-1 |
| | ) Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Hamilton's conditions of release allow him to move freely within the Northern District of Texas, but he seeks to expand that right to include travel within neighboring Collin County, Texas. Mr. Hamilton's grandson plays soccer and is expected to play in roughly two dozen matches in Collin County over the course of the year that Mr. Hamilton would like to attend. The government does not oppose this motion.

Dated: May 7, 2024                               Respectfully submitted,

/s/ *Abbe David Lowell*

| | |
|---|---|
| Abbe David Lowell, Bar No. 358651DC | Thomas M. Melsheimer, Bar No. 13922550TX |
| Christopher D. Man, Bar No. 453553DC | Dion J. Robbins, Bar No. 24114011TX |
| Kaitlin Pierce Marino, Bar No. 242020DC | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 2121 N. Pearl Street, Suite 900 |
| 1901 L Street, NW | Dallas, TX 75201 |
| Washington, DC 20036 | TMelsheimer@winston.com |
| ADLowell@winston.com | 214-453-6100 (ph) |
| 202-282-5000 (ph) | 214-453-6400 (fax) |
| 202-282-5100 (fax) | |

*Counsel for Defendant Ruel M. Hamilton*

1

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 7, 2024, I conferred with Chad Meacham, counsel for the Government, and he does not object to this motion to modify conditions of supervised release.

*/s/ Christopher Man*
Christopher Man

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2024, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

*/s/ Christopher Man*
Christopher Man
