# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued
as the mandate on **Nov 13, 2024**

Attest:

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-11132

United States Court of Appeals
Fifth Circuit

**FILED**

September 30, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RUEL M. HAMILTON,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-83-1

———————————————————

Before WIENER, ELROD, and WILSON, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 23-11132

The judgment or mandate of this court shall issue 7 days after the time
to file a petition for rehearing expires, or 7 days after entry of an order denying
a timely petition for panel rehearing, petition for rehearing en banc, or motion
for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court
may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

      No. 23-11132     USA v. Hamilton
              USDC No. 3:19-CR-83-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Renee McDonough*

                By: _____
                Renee S. McDonough, Deputy Clerk
                504-310-7673

cc:
    Mr. Stephen S. Gilstrap
    Mr. Abbe David Lowell
    Mr. Christopher Dowden Man
    Mr. Thomas M. Melsheimer