# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M HAMILTON (1), | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

All of the pending motions in this case are **DENIED** with the **EXCEPTION** of the following, which are to be argued at the May 8, 2025, hearing:

(1) Section II, based on recent case law, and Section III of Defendant's Motion to Dismiss (ECF No. 470);

(2) Defendant's Motion to Strike Surplusage (ECF No. 474); and

(3) Defendant's Motion *in Limine* to Exclude Evidence or Argument Concerning the Legality of His Campaign Contributions Under Texas Campaign Finance Laws (ECF No. 473), considered in conjunction with ECF Nos. 490 and 491.

As previously communicated by the Court's staff, the May 8 hearing will last no longer than two hours. Accordingly, the parties shall submit jointly to the Court by 12:00 p.m. CDT on May 7, 2025, a detailed schedule of how the parties expect to allocate their time at the May 8 hearing. This time allocation should include time for the Court's questions.

The Court will not hear oral argument on, or otherwise reconsider, any motion or part thereof not enumerated above.

**SO ORDERED**.

April 16, 2025.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE