IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M HAMILTON (1), | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

Before the Court is Defendant's Motion for a Stay of Trial Proceedings Pending a Decision from the Supreme Court on His Petition for Certiorari. (ECF No. 513). The Motion is **DENIED**.[1]

**SO ORDERED**.

May 1, 2025.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant's petition for certiorari pertains to only one of the remaining counts in this case.