IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:19-CR-083-M |
|---|---|
| v. | |
| RUEL M. HAMILTON | |

**GOVERNMENT'S SECOND AMENDED
EXHIBIT LIST[1]**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 1 | T-Mobile subscriber records for Caraway phone numbers ending in **7336, **6663, **4320 | Pre-Admitted PStephenson ETighe Business Record Affidavit ("BRA") | | | 00079925 |
| 2 | Caraway toll records for T Mobile phone number ending in **7336, **6663, **4320 | Pre-Admitted PStephenson ETighe BRA | | | 00079926 – 00079930 |
| 3 | AT&T subscriber information for Hamilton phone number ending in **3934 | Pre-Admitted PStephenson ETighe BRA | | | 00028000 00028873 00028874 00070418 00270947 00270948 |
| 4 | Hamilton toll records for AT&T phone number ending in **3934 | Pre-Admitted PStephenson ETighe BRA | | | 00028011 00027998 00270951 00271057 |
| 5 | Summary chart of Hamilton and Caraway toll records for 8/2/18 | Pre-Admitted PStephenson | | | N/A |

---

[1]  This Exhibit List utilizes the same numbers for the government's exhibits 1 through 227 as those used in June 2021.  (Dkt. 303). Exhibits 228 through 246 are new exhibits not included in the government's Exhibit List filed in June 2021.

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 6 | 8/2/18 call at 3:30 pm between Hamilton and Caraway | Pre-Admitted DCaraway PStephenson/ ETighe | | | 00000051 |
| 7 | Transcript of 8/2/18 call at 3:30 pm | Pre-Admitted DCaraway PStephenson/ ETighe | | | 00036811 – 00036821 |
| 8 | Text Messages between Hamilton and Dwaine Caraway on 8/2/18 at 4:15pm | Pre-Admitted DCaraway PStephenson/ ETighe MWaples | | | 00000370 |
| 9 | 8/3/18 recording of meeting between Hamilton and Caraway | Pre-Admitted DCaraway | | | 00000053 – 00000068 |
| 10 | Transcript of 8/3/18 meeting | Pre-Admitted DCaraway | | | N/A |
| 11 | $7,000 check written by Hamilton to Caraway on 8/3/18 | Pre-Admitted DCaraway | | | 00000366 |
| 12 | Surveillance photos of Hamilton on 8/3/18 | Pre-Admitted MHuber | | | 00000464 – 00000468 |
| 13 | 8/7/18 recording of meeting between Caraway, Davis, and Roberts | DCaraway | | | 00047859 |
| 14 | Transcript of 8/7/18 meeting | DCaraway | | | N/A |
| 15 | Photos of Christy Wiggins | DCaraway | | | 00083899 – 00083903 |
| 16 | Photos of Blue Corvette | DCaraway | | | 00083894 – 00083898 |
| 17 | DCC Official Action for Item 34 on 5/10/17 | MWaples BRA | | | 00082250 – 00082269 |
| 18 | RESERVED | | | | |
| 19 | Recording of meeting between Hamilton and City of Dallas regarding PD on 9/6/17 | DCaraway UCE 5271 | | | 00235985 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 20 | Transcript of 9/6/17 meeting | DCaraway UCE 5271 | | | N/A |
| 21 | Philip Kingston Request for Placement of Agenda Item –Earned Paid Sick Leave on 2/27/19 | Pre-admitted MRawlings BRA | | | 00080234 – 00080246 |
| 22 | 4/24/19 Dallas City Council Agenda | MRawlings | | | 00080381 – 00080404 |
| 23 | 4/24/19 Dallas City Council Minutes | MRawlings | | | 00080405 – 00080482 |
| 24 | 4/24/19 Video of Dallas City Council Meeting | MRawlings BRA | | | 00074247, 00080483 – 00080484 |
| 25 | Partial Transcript of 4/24/19 Dallas City Council Meeting – Comments by Mike Rawlings | MRawlings | | | N/A |
| 26 | HUD funds to City of Dallas: Oct 2013 – Sep 2018 | SHenly JSangavnag | | | 00082217 – 00082242 |
| 27 | Secretary of State records re: Amerisouth | Pre-Admitted MWaples | | | 00075748 – 00076506 |
| 28 | Secretary of State records: re: BonnieView | Pre-Admitted MWaples | | | 00075657 – 00075683 |
| 29 | Google Earth Map of Bonnie View & 11th Street | Pre-Admitted MWaples | | | N/A |
| 30 | RESERVED | | | | |
| 31 | Amerisouth's Royal Crest LIHTC application to Texas Department of Housing and Community Affairs | Pre-Admitted BBoston BRA | | | 00234525 – 00235641, 00234493 – 00234494 |

Government's Second Amended Exhibit List – Pg. 3

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 32 | Photo(s) of Royal Crest | MWaples TJones | | | 00081848 – 00081855 |
| 33 | Hamilton Amegy Bank records for account ending in **8967 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 34 | Hamilton Amegy Bank records for account ending in **5234 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 35 | Hamilton Amegy Bank records for account ending in **3308 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 36 | Hamilton Independent Bank of Texas records for account ending in **1273 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 37 | Hamilton Sovereign Bank records for account ending in **0497 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 38 | Hamilton Veritex Bank records for account ending in **1620 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 39 | Hamilton Plains Capital Bank records for account ending in **2820 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 40 | AS Management Services LLC Veritex Bank records for account ending in **8014 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 41 | Windchime Investments LLC Veritex Bank records for account ending in **2788 | Pre-Admitted VCasterline BRA | | | Various Ranges |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 42 | Hip Hop Government Inc. Bank of America records for account ending in **7505 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 43 | Hip Hop Government Inc. Bank of America records for account ending in **7592 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 44 | Hip Hop Government Inc. Bank of America records for account ending in **7725 | Pre-Admitted VCasterline BRA | | | Various Ranges |
| 45 | Hamilton $5,000 check to MLK Center dated 11/18/13; Amegy Bank account ending in **8967; check # 5046 | MWaples | | | 00000395 |
| 46 | Hamilton $2,500 checkto Jay Scroggins dated 11/18/2013; Amegy Bank account ending **8967; check # 5048 | Pre-Admitted JScroggins | | | 00000377 |
| 47 | TDHCA Qualified Allocation Plan 2015 | Pre-Admitted BMitchell BBoston BRA | | | 00235901 – 00235934, 00235943 – 00235944 |
| 48 | Davis 2014 City of Dallas financial disclosure form | Pre-Admitted BJohnson MWaples | | | 00083684 – 00083709 |
| 49 | Hamilton $2,500 check to Hip Hop Government dated 9/10/14; Independent Bank of Texas account ending in **1273; check # 1040 | Pre-Admitted JScroggins | | | 00000399 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 50 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 10/17/14 | Pre-Admitted BMitchell | | | 00271147 – 00271160 |
| 51 | Hamilton $2,500 check to Hip Hop Government dated 10/20/14; Amegy Bank account ending in **8967; check # 5022 | Pre-Admitted JScroggins | | | 00000403 |
| 52 | Hamilton $9,000 check to Hip Hop Government dated 11/7/14; Sovereign Bank account ending in **0497; check # 589 | Pre-Admitted JScroggins | | | 00000421 |
| 53 | Hamilton $6,000 check to Hip Hop Government dated 11/18/14; Sovereign account ending in **0497; check # 621 | Pre-Admitted JScroggins | | | 00000423 |
| 54 | 12/8/14 recorded conversation between Davis and UCEs | MWaples | | | 00235991, 00235995, 00235999, 00236003 |
| 55 | Transcript of 12/8/14 conversation | MWaples | | | N/A |
| 56 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/2/15 | Pre-Admitted BMitchell | | | 00271207 – 00271227 |
| 57 | Hamilton $3,500 check to Hip Hop Government dated 1/8/15; Amegy account ending in **8967; check # 5054 | Pre-Admitted JScroggins | | | 00000374 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 58 | Dallas Housing Finance Corporation minutes for 1/13/15 meeting | Pre-Admitted BMitchell BRA | | | 00075048 – 00075050, 00271467 |
| 59 | Hamilton $1,500 check to Hip Hop Government dated 1/22/15; Amegy account ending in **8967; check # 5058 | Pre-Admitted JScroggins | | | 00000376 |
| 60 | Hamilton checks to Dallas City Council Member Tiffinni Young dated 1/22/15 | Pre-Admitted MWaples | | | 00035376, 00035377, 00017863 |
| 61 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/30/15 | Pre-Admitted BMitchell | | | 00271161 – 00271206 |
| 62 | 2/2/15 Dallas Housing Committee vote re: Royal Crest | Pre-Admitted BMitchell | | | 00073329 – 00073331 |
| 63 | 2/2/15 video of Dallas Housing Committee meeting | Pre-Admitted BMitchell BRA | | | 00073150, 00075645 |
| 64 | 2/16/15 call at 2:37 pm between Davis and Sherman Roberts. Session # 147 | MWaples | | | 00050311 |
| 65 | Transcript of 2/16/15 call at 2:37 pm | MWaples | | | N/A |
| 66 | 2/16/15 call at 3:49 pm between Hamilton and Davis. Session # 156 | Pre-Admitted MWaples | | | 00050320 |
| 67 | Transcript of 2/16/15 call at 3:49 pm | Pre-Admitted MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 68 | 2/20/15 call at 12:27 pm between Hamilton and Davis. Session # 510 | Pre-Admitted MWaples | | | 00050675 |
| 69 | Transcript of 2/20/15 call at 12:27 pm | Pre-Admitted MWaples | | | N/A |
| 70 | 2/22/15 call at 8:34 am between Davis and Scroggins. Session # 658 | Pre-Admitted JScroggins | | | 00050822 |
| 71 | Transcript of 2/22/15 call at 8:34 am | Pre-Admitted JScroggins | | | N/A |
| 72 | 2/22/15 call at 9:04 am between Davis and Scroggins. Session # 659 | JScroggins | | | 00050823 |
| 73 | Transcript of 2/22/15 call at 9:04 am | JScroggins | | | N/A |
| 74 | 2/23/15 meeting at 1:06 pm between Davis, Scroggins, and UCE-5271. | JScroggins | | | 00037229 |
| 75 | Transcript of 2/23/15 call at 1:06 pm | JScroggins | | | N/A |
| 76 | 2/23/15 call at 6:33 pm between Davis and Scroggins. Session # 753 | JScroggins | | | 00050917 |
| 77 | Transcript of 2/23/15 call at 6:33 pm | JScroggins | | | N/A |
| 78 | 2/24/15 call at 8:00 am between Davis and Scroggins. Session # 798 | Pre-Admitted JScroggins | | | 00050962 |
| 79 | Transcript of 2/24/15 call at 6:33 pm | Pre-Admitted JScroggins | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 80 | 2/25/15 Dallas City Council agenda re: Royal Crest | Pre-Admitted BMitchell | | | 00073152 – 00073190 |
| 81 | 2/25/15 Dallas City Council minutes re: Royal Crest | Pre-Admitted BMitchell | | | 00073191 – 00073328 |
| 82 | 2/25/15 Audio Recording of Dallas City Council vote re: Royal Crest | Pre-Admitted BMitchell BRA | | | 00271307, 00075645 |
| 82A | Transcript of 2/25/15 Audio recording of Dallas City Counsel vote re: Royal Crest from 2:43:20 to 2:44:36 and 4:17:30 to 4:18:48 | Pre-Admitted BMitchell | | | N/A |
| 83 | Resolution 15-409 authorizing $2.52 million loan for Royal Crest | Pre-Admitted BMitchell | | | 00075158 – 00075166 |
| 84 | 2/26/15 call at 9:57 am between Hamilton and Davis. Session # 972 | Pre-Admitted MWaples | | | 00051136 |
| 85 | Transcript of 2/26/15 call at 9:57 am | Pre-Admitted MWaples | | | N/A |
| 86 | Hamilton checks to Dallas City Council Member Carolyn Arnold dated 2/27/15 | Pre-Admitted MWaples | | | 00028989 – 00028990 |
| 87 | Hamilton checks to Dallas City Council Member Dwaine Caraway dated 2/27/15 and 3/18/15 | Pre-Admitted MWaples DCaraway | | | 00028990 – 00028992 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 88 | Hamilton $2,000 check to Hip Hop Government dated 3/6/15; International Bank of Texas account ending in **1273; check # 1084 | Pre-Admitted JScroggins | | | 00000435 |
| 89 | 3/6/15 call at 4:23 pm between Hamilton and Davis. Session # 1554 | Pre-Admitted MWaples | | | 00051718 |
| 90 | Transcript of 3/6/15 call at 4:23 pm | Pre-Admitted MWaples | | | N/A |
| 91 | 3/9/15 call at 4:42 pm between Hamilton and Davis. Session # 1703 | Pre-Admitted MWaples | | | 00051867 |
| 92 | Transcript of 3/9/15 call at 4:42 pm | Pre-Admitted MWaples | | | N/A |
| 93 | 3/20/15 call at 11:23 am between Davis and Dallas City Council Member candidate Tiffinni Young. Session # 2502 | MWaples | | | 00052889 |
| 94 | Transcript of 3/20/15 call at 11:23 am | MWaples | | | N/A |
| 95 | 3/31/15 call at 10:06 am between Davis and Hamilton. Session # 3403 | Pre-Admitted MWaples | | | 00053790 |
| 96 | Transcript of 3/31/15 call at 10:06 am | Pre-Admitted MWaples | | | N/A |
| 97 | 3/31/15 call at 9:29 pm between Davis and Scroggins. Session # 3497 | JScroggins | | | 00053884 |
| 98 | Transcript of 3/31/15 call at 9:29 pm | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 99 | 4/10/15 call at 4:17 pm between Davis and Hamilton. Session # 4337 | Pre-Admitted MWaples | | | 00054724 |
| 100 | Transcript of 4/10/15 call at 4:17 pm | Pre-Admitted MWaples | | | N/A |
| 101 | 4/10/15 call between Davis and Scroggins at 9:31 pm. Session #4361 | Pre-Admitted JScroggins | | | 00054748 |
| 102 | Transcript of 4/10/15 call at 9:31 pm | Pre-Admitted JScroggins | | | N/A |
| 103 | 4/13/15 call at 4:16 pm between Hamilton and Davis. Session # 4506 | Pre-Admitted MWaples | | | 00000153 |
| 104 | Transcript of 4/13/15 call at 4:16 pm | Pre-Admitted MWaples | | | 00036776 – 00036779 |
| 105 | 4/14/15 call at 4:52 pm call between Hamilton and Davis. Session # 4586 | Pre-Admitted MWaples | | | 00000155 |
| 106 | Transcript of 4/14/15 call at 4:52 pm. | Pre-Admitted MWaples | | | N/A |
| 107 | 4/14/15 call at 9:16 pm between Davis and Scroggins. Session # 4608 | Pre-Admitted JScroggins | | | 00054995 |
| 108 | Transcript of 4/14/15 call at 9:16 pm | Pre-Admitted MWaples | | | N/A |
| 109 | Surveillance photos of Hamilton on 4/14/15 | Pre-Admitted MWaples | | | 00000500, 00000558, 00000618, 00000630 |
| 110 | Surveillance photos of Hamilton's vehicle on 4/14/15 | Pre-Admitted MWaples | | | 00000652, 00000656 |
| 111 | 4/23/15 call at 9:24 am between Hamilton and Davis. Session # 5198 | Pre-Admitted MWaples | | | 00000158 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 112 | Transcript of 4/23/15 call at 9:24 am | Pre-Admitted MWaples | | | 00036780 – 00036800 |
| 113 | 4/26/15 call at 8:58 pm between Davis and Scroggins. Session # 5515 | Pre-Admitted JScroggins | | | 00056218 |
| 114 | Transcript of 4/26/15 call at 8:58 pm | Pre-Admitted MWaples | | | N/A |
| 115 | 4/29/15 call at 9:28 am between Hamilton and Davis. Session # 5743 | Pre-Admitted MWaples | | | 00056446 |
| 116 | Transcript of 4/29/15 call at 9:28 am | Pre-Admitted MWaples | | | N/A |
| 117 | Amended Resolution 15-0457 authorizing $168,000 loan for Royal Crest dated 5/8/15 | Pre-Admitted BMitchell BRA | | | 00079637 – 00079642, 00079614 |
| 118 | 5/8/15 call at 2:37 pm between Davis and Hamilton. Session # 6591 | Pre-Admitted MWaples | | | 00000163 |
| 119 | Transcript of 5/8/15 call at 2:37 pm | Pre-Admitted MWaples | | | N/A |
| 120 | 5/11/15 call at 10:26 am between Hamilton and Davis. Session # 6706 | Pre-Admitted MWaples | | | 00000165 |
| 121 | Transcript of 5/11/15 call at 10:26 am. | Pre-Admitted MWaples | | | N/A |
| 122 | 5/18/15 call at 12:49 pm between Hamilton and Davis. Session # 7245 | Pre-Admitted MWaples | | | 00000172 |
| 123 | Transcript of 5/18/15 call at 12:49 pm | Pre-Admitted MWaples | | | 00036801 – 00036806 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 124 | International Bank of Texas record for $5,000 withdrawal dated 5/18/15 from account ending in **1620 | Pre-Admitted MWaples | | | 00016655 |
| 125 | FBI surveillance photos of Davis on 5/18/15 | Pre-Admitted JKoressell SPetty | | | 00000661, 00000663, 00000665, 00000671, 00000674, 00000677 |
| 126 | FBI surveillance video of Hamilton and Davis on 5/18/15 | Pre-Admitted JKoressell SPetty | | | 00000690 |
| 127 | Surveillance video of Hamilton at Amegy Bank on 5/18/15 | Pre-Admitted MWaples VPerez | | | 00016676 |
| 128 | 6/1/15 call at 9:03 pm between Davis and Hamilton. Session # 8400 | Pre-Admitted MWaples | | | 00072733 |
| 129 | Transcript of 6/1/15 call at 9:03 pm | Pre-Admitted MWaples | | | N/A |
| 130 | 6/2/15 call at 10:36 am between Hamilton and Davis. Session # 8437 | Pre-Admitted MWaples | | | 00000185 |
| 131 | Transcript of 6/2/15 call at 10:36 am | Pre-Admitted MWaples | | | N/A |
| 132 | 6/4/15 call at 10:49 am between Hamilton and Davis. Session # 8688 | Pre-Admitted MWaples | | | 00000190 |
| 133 | Transcript of 6/4/15 call at 10:49 am. | Pre-Admitted MWaples | | | N/A |
| 134 | 6/4/15 call at 3:53 pm between Hamilton and Davis. Session # 8719 | Pre-Admitted MWaples | | | 00000191 |
| 135 | Transcript of 6/4/15 call at 3:53 pm | Pre-Admitted MWaples | | | 00036807 – 00036810 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 136 | 6/5/15 call at 11:08 am between Hamilton and Davis. Session # 8809 | Pre-Admitted MWaples | | | 00000192 |
| 137 | Transcript of 6/5/15 call at 11:08 am | Pre-Admitted MWaples | | | N/A |
| 138 | 6/5/15 call at 11:35 am between Hamilton and Davis. Session # 8822 | Pre-Admitted MWaples | | | 00000193 |
| 139 | Transcript of 6/5/15 call at 11:35 am | Pre-Admitted MWaples | | | N/A |
| 140 | Sovereign Bank record for $4,000 withdrawal on 6/5/15 from account ending in **0497 | Pre-Admitted MWaples | | | 00028992 |
| 141 | Sovereign Bank record for $5,000 withdrawal on 6/11/15 from account ending in **0497 | Pre-Admitted MWaples | | | 00028993 |
| 142 | 6/13/15 call at approximately 8:18 am between Davis and John Proctor. Session #9781 | MWaples | | | 00061885 |
| 143 | Transcript of 6/13/15 call at approximately 8:18 am | MWaples | | | N/A |
| 144 | 6/13/15 call at 9:56 pm between Hamilton and Davis. Session # 9883 | Pre-Admitted MWaples | | | 00061987 |
| 145 | Transcript of 6/13/15 call at 9:56 pm | Pre-Admitted MWaples | | | N/A |
| 146 | 3/14/16 recorded conversation between Davis and UCEs | MWaples | | | 00042602, 00042603 |
| 147 | Transcripts of 3/14/16 conversation between Davis and UCEs | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 148 | 2015 TDHCA Competitive Housing Tax Credits Award and Waiting List | Pre-Admitted BBoston | | | 00085301 |
| 149 | Recording of voicemail left by Hamilton to Leslie Martin on 1/8/20 | LMartin | | | N/A |
| 150 | Transcript of voicemail dated 1/8/20 | LMartin | | | N/A |
| 151 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/13/20 | LMartin | | | N/A |
| 152 | Transcript of redacted call dated 1/13/20 | LMartin | | | N/A |
| 153 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/22/20 | LMartin | | | N/A |
| 154 | Transcript of redacted call dated 1/22/20 | LMartin | | | N/A |
| 155 | Subscriber information and toll records for Davis phone numbers ending in **2797, **6285, *7601 | Pre-Admitted DRamsey MWaples BRA | | | Various Ranges |
| 156 | Cell site data of Davis and Hamilton meetings [3/9; 3/31; 4/14; 5/18; 6/5/15] | MWaples | | | 00080797, 00080799, 00080801, 00080803, 00080805 |
| 157 | Hamilton 2013 tax return | Pre-Admitted EAttaway/ ML Speer | | | 00178117 – 00178287 |
| 158 | Hamilton 2014 tax return | Pre-Admitted EAttaway/ ML Speer | | | 00178568 – 00178726 |
| 159 | Hamilton 2015 tax return | Pre-Admitted EAttaway/ ML Speer | | | 00179040 – 00179194 |
| 160 | Hamilton 2016 tax return | EAttaway ML Speer | | | 00179506 – 00179670 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 161 | Davis 2015 tax return | EAttaway | | | 00085587 – 00085596 |
| 162 | Caraway Plea Agreement | Pre-Admitted DCaraway | | | 00000019 – 00000028 |
| 163 | Caraway Factual Resume | DCaraway | | | N/A |
| 164 | Caraway Information | Pre-Admitted DCaraway | | | 00000008 – 00000018 |
| 165 | Caraway Plea Supplement | DCaraway | | | 00035598 – 00035600 |
| 166 | Caraway Grand Jury Waiver | DCaraway | | | N/A |
| 167 | Scroggins Plea Agreement | Pre-Admitted JScroggins | | | N/A |
| 168 | Scroggins Factual Resume | JScroggins | | | N/A |
| 169 | Scroggins Information | JScroggins | | | N/A |
| 170 | Scroggins Plea Supplement | Pre-Admitted JScroggins | | | N/A |
| 171 | Scroggins Grand Jury Waiver | JScroggins | | | N/A |
| 172 | Davis Plea Agreement | MWaples SAllen HHarris | | | 00000043 – 00000049 |
| 173 | Davis Factual Resume | MWaples SAllen HHarris | | | 00000029 – 00000034 |
| 174 | Davis Information | MWaples SAllen HHarris | | | 00000035 – 00000042 |
| 175 | Davis Plea Supplement | MWaples SAllen HHarris | | | 00035601 – 00035603 |
| 176 | Davis Grand Jury Waiver | MWaples SAllen HHarris | | | N/A |
| 177 | Davis guilty plea on 3/1/19 | MWaples SAllen | | | 00083737 – 00083763 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|-------------|--------------------|---------|----------|---------------|
| 178 | Davis guilty plea on 3/29/19 | Sallen HHarris | | | 00083764 – 00083770 |
| 179 | Secretary of State Records re: Hip Hop Government, Inc. | Pre-Admitted JScroggins | | | 00081856 – 00081868 |
| 180 | Hamilton checks to Davis post-DCC | Pre-Admitted VCasterline | | | Various Ranges |
| 181 | 2015 Campaign Finance Report for Tiffinni Young | Pre-Admitted BJohnson MWaples | | | 00081882 – 00082121 |
| 182 | 4/1/15 call at 4:22 pm between Davis and King | MWaples CKing | | | 00053946 |
| 183 | Transcript of 4/1/15 call at 4:22 pm | MWaples | | | N/A |
| 184 | Hamilton Pen Register Data | DRamsey MWaples | | | Various Ranges |
| 185 | Davis Pen Register Data | DRamsey MWaples | | | Various Ranges |
| 186 | AT&T subscriber information and toll records for Scroggins phone number ending in **5829 | MWaples BRA | | | Various Ranges |
| 187 | Sprint subscriber information and toll records for Davis phone number ending in **7601 | Pre-Admitted MWaples | | | Various Ranges |
| 188 | 2015 LIHTC Notice of Funding Availability (NOFA) | Pre-Admitted BMitchell BBoston | | | 00235943 |
| 189 | Wiretap Order | MWaples | | | 00049031 – 00049042 00049055 – 00049066 |
| 190 | Exhibit Timeline Summary Chart | Pre-Admitted MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|-------------|--------------------|---------|----------|---------------|
| 191 | Checks to Scroggins and Hip Hop Govt. Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 192 | Hamilton Money to Royal Crest Summary Chart | VCasterline | | | N/A |
| 193 | Hamilton's Local Political Contributions Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 194 | Hamilton's State Political Contributions Summary Chart | VCasterline | | | N/A |
| 195 | Hamilton's Federal Political Contributions Summary Chart | VCasterline | | | N/A |
| 196 | Payments from Hamilton to Davis Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 197 | Carolyn King Arnold Campaign Donations Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 198 | Other Campaign Donations Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 199 | Dwaine Caraway Campaign Donations Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 200 | Tiffany Young Campaign Donations Summary Chart | Pre-Admitted VCasterline | | | N/A |
| 201 | Hamilton and Davis Phone Contact Summary Chart | Pre-Admitted MWaples DRamsey | | | N/A |
| 202 | RESERVED | | | | |
| 203 | 8/3/18 Dwaine Caraway and Mattie Caraway Phone Activity Summary Chart | PStephenson MWaples | | | N/A |

Government's Second Amended Exhibit List – Pg. 18

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 204 | Overt Acts Summary Chart | MWaples | | | N/A |
| 205 | Hamilton 2010 Tax Return | ML Speer EAttaway BRA | | | 00176633 – 00176833 |
| 206 | Amerisouth Management, L.P. Notice of Federal Tax Lien | ML Speer IRS Custodian | | | 00114899 |
| 207 | Amerisouth Management, L.P. 2010 Tax Return | ML Speer EAttaway BRA | | | 00132842 – 00132875 |
| 208 | Secretary of State Records re: Amerisouth Acquisitions, Inc. | ML Speer MWaples | | | 00075748 – 00075777 |
| 209 | Secretary of State Records re: Texas Royal Crest LP | Pre-Admitted ML Speer MWaples | | | 00082173 – 00082174 |
| 210 | 2/2/11 Email from Christy Cumbie re: IRS Lien | ML Speer IRS Custodian | | | 00114897 – 00114900 |
| 211 | 3/11/15 Email from Jennifer Muegel re: Royal Crest with attachments | ML Speer JMuegel BRA | | | 00106637 – 00106645 |
| 212 | 6/5/13 Email from Rule Hamilton re: IRS Lien | ML Speer IRS Custodian | | | 00122884 – 00122886 |
| 213 | 7/23/13 Email from Leslie Martin re: IRS Lien | ML Speer IRS Custodian | | | 00122668 – 00122675 |
| 214 | Summary Chart of Text Messages between Davis and Hamilton on 2/25/15 | Pre-Admitted MWaples | | | N/A |
| 215 | 4/14/15 call at 4:04 pm between Davis and Hamilton. Session # 4583 | Pre-Admitted MWaples | | | 00000154 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 216 | Transcript of 4/14/15 call at 4:04 pm | Pre-Admitted MWaples | | | N/A |
| 217 | Text Messages between Davis and Hamilton on 2/25/15 | MWaples | | | 00072794 – 00072800 |
| 218 | 4/21/15 call at 12:11 pm between Griggs and Davis Session # 4944 | MWaples RGriggs | | | 00055647 |
| 219 | Transcript of 4/21/15 call at 12:11 pm | MWaples RGriggs | | | Last Trial |
| 220 | Stipulations of Parties (Dkt. 288) | N/A | | | Last Trial |
| 221 | 7/13/15 call at 2:38 pm between Davis and Hamilton Session # 11976 | MWaples | | | Last Trial/ Provided (Expanded Session) |
| 222 | Transcript of 7/13/15 call at 2:38 pm | MWaples | | | Last Trial/ Provided (Expanded Session) |
| 223 | Carolyn Arnold 2015 Campaign Finance Report | CArnold | | | Last Trial/ Admitted |
| 224 | Checks from Hamilton to Carolyn Arnold | CArnold | | | Last Trial/ Provided |
| 225 | July 2018 Campaign Finance Reports for Thomas G. Jones | TJones | | | Last Trial/ Admitted |
| 226 | July 2019 Campaign Finance Reports for Thomas G. Jones | TJones | | | Last Trial/ Admitted |
| 227 | July 2020 Campaign Finance Reports for Thomas G. Jones | TJones | | | Last Trial/ Admitted |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 228 | The Black Academy of Arts and Letters Gala Pamphlets for 2015 and 2016 | CKing | | | Last Trial/Provided |
| 229 | Scroggins Sealed Motion | JScroggins | | | Dkt. 363 |
| 230 | Scroggins Judgment | JScroggins | | | Dkt. 372 |
| 231 | Affidavit of Robert Sherman dated 9/9/21 | MWaples | | | Defense document |
| 232 | Reserved | Reserved | | | Reserved |
| 233 | 7/7/15 call at 1:54 pm between Davis and Hamilton Session # 11270 | Pre-Admitted[2] MWaples | | | DX 80 |
| 234 | Transcript of 7/7/15 call at 1:54 pm | Pre-Admitted[3] MWaples | | | DX 80A |
| 235 | Caraway Sealed Motion - 3:18-CR-409-M | DCaraway | | | Dkt. 23 |
| 236 | Caraway Judgment - 3:18-CR-409-M | DCaraway | | | Dkt. 29 |
| 237 | Caraway Sealed Motion- 3:18-CR-409-M | DCaraway | | | Dkt. 38 |
| 238 | Caraway Order – 3:18-CR-409-M | DCaraway | | | Dkt. 39 |
| 239 | 4/13/05 call at 5:18 pm between Davis and King Session # 4520 | MWaples/King | | | Provided Prior to Last Trial |
| 240 | Transcript of 4/13/15 call at 5:18 PM | MWaples/King | | | Provided Prior to Last Trial |

---

[2]  This exhibit was Pre-Admitted as defense exhibit 80.  (Dkt. 342 at pg. 17).
[3]  This exhibit was Pre-Admitted as defense exhibit 80A.  (Dkt. 342 at pg. 17).

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|-------------|-------------------|---------|----------|---------------|
| 241 | AEI Consultants records | BRA/MWaples | | | GOV_00004099 |
| 242 | Texas State Bank l/k/a BBVA account records for Royal Crest account ending in 4369 | BRA/MWaples | | | Provided Prior to Last Trial |
| 243 | Apartment Market Data, LLC records | BRA/MWaples | | | GOV_00004104 |
| 244 | KAI Alliance records | BRA/MWaples | | | GOV_00004316 |
| 245 | Veracity records | BRA/MWaples | | | GOV_00004241 |
| 246 | Summary Exhibit of Expenses for Royal Crest TDHCA Application | MWaples | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,

CHAD E. MEACHAM
Acting United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8605

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2025, I electronically filed the foregoing

document with the Clerk of Court for the United States District Court, Northern District

of Texas, using the electronic case filing system of the Court. The electronic case filing

system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing

to accept this Notice as service of this document.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney