IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:19-CR-083-M |
|---|---|
| v. | |
| RUEL M. HAMILTON | |

# GOVERNMENT'S SECOND AMENDED WITNESS LIST[1]

The government reserves the right to supplement this list.

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 1. | Malachi Waples | | FBI Agent who will testify about the investigation of Hamilton and co-conspirators Carolyn Rena Davis and Jeremy Scroggins | Probable |
| 2. | Bernadette Mitchell | | Former City of Dallas Housing Director who will testify about the case, including LIHTC, Hamilton's Royal Crest project, and Davis' conduct | Probable |

---

[1] On June 7, 2021, the government filed its Amended Witness List. (Dkt. 304). At this time, the government files this Second Amended Witness List.

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 3. | Bilierae Johnson | | City of Dallas Secretary who will testify about the case, including Davis' financial disclosures and the 2018 sick leave petition | Probable |
| 4. | Jeremy Scroggins | | Co-conspirator who will testify about the case including facilitating the payment of bribes from Hamilton to Davis through his non-profit | Probable |
| 5. | Dwaine Caraway | | Will testify about bribes received from Hamilton | Probable |
| 6. | Michael Rawlings | | Former Mayor who will testify about Dallas City Council procedures and votes | Probable |
| 7. | Vanessa Casterline | | FBI analyst will testify about Hamilton's bribe payments, campaign contributions, associated bank accounts and financial transactions | Probable |
| 8. | Savin Ven Johnson or other HUD Agent | | HUD Agent will testify about HUD funds to the City of Dallas | Probable |
| 9. | Curtis King | | Will testify about $5,000 table at TBAAL event | Probable |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 10. | Mark Sedwick | | FBI Agent will testify about cell tower location data regarding Hamilton and Davis | Possible |
| 11. | Phillip Stephenson | | FBI Agent will testify about Hamilton's bribery of Caraway | Probable |
| 12. | Eric Tighe | | FBI Agent will testify about Hamilton's bribery of Caraway | Possible |
| 13. | Brooke Boston | | TDHCA representative will testify about Hamilton's project and tax credits | Probable |
| 14. | Veronica Perez | R | Amegy Bank custodian will testify about Hamilton's bank records and surveillance | Possible |
| 15. | Marcos Duran | | Former teller at Amegy bank will testify about Hamilton's cash withdrawal | Probable |
| 16. | Patrick Jackson | | Former City of Dallas employee will testify about the MLK Center and Freedom Ride Tours | Possible |
| 17. | John Koressell | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Probable |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 18. | Shae Petty | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Possible |
| 19. | Heath Harris | | Will testify about representation of Davis | Possible |
| 20. | Scottie Allen | | Will testify about representation of Davis | Possible |
| 21. | Marion L Speer | | Will testify about Hamilton's tax returns | Probable |
| 22. | Elisa Attaway | | IRS Agent will testify about Hamilton's tax returns | Possible |
| 23. | Christy Wiggins | | Will testify about Hamilton's campaign contributions | Possible |
| 24. | Kristi Bonner | | Will testify about Hamilton's campaign contributions | Probable |
| 25. | Jennifer Muegel | | Will testify about Hamilton's campaign contributions | Possible |
| 26. | Leslie Martin | | Will testify about Hamilton's campaign contributions | Probable |
| 27. | Teresa Jones | | President of Fruitdale Community Improvement Organization will testify about Hamilton's Royal Crest project | Possible |

**Government's Amended Witness List - Page 4 of 7**

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 28. | Eric Schwethelm | | FBI Agent will testify about the wire intercepts of Davis' phones | Possible |
| 29. | Jamaal King | | FBI Agent will testify about the wire intercepts and toll records | Possible |
| 30. | Daniel Jones | | USPO will testify about Davis' presentence interview | Possible |
| 31. | Devin Hall | | Will testify about the bribes he paid Davis | Possible |
| 32. | Mark Huber | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Probable |
| 33. | UCE - 5271 | | Will testify about interactions with Davis | Possible |
| 34. | UCE - 3154 | | Will testify about interactions with Davis | Possible |
| 35. | Leon Lukin | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Possible |
| 36. | Jackie Northrup | | Will testify to certain audio quality enhancements | Possible |
| 37. | Lori DelGrippo (f/k/a Keefer) | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Probable |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 38. | Brent Stewart | | TDHCA representative will testify about Hamilton's project and tax credits | Possible |
| 39. | Dori Strickland | | Will testify concerning tax liens against Hamilton-owned entities | Possible |
| 40. | Sherman Roberts | | Will testify about the bribes he paid Davis | Possible |

Respectfully submitted,

CHAD E. MEACHAM
Acting United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8605
Tiffany.Eggers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

    /s/ *Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney