IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1) | |

**GOVERNMENT'S MOTION IN LIMINE (UNOPPOSED)**

The government submits this Motion in Limine asking the Court to prohibit any mention or argument to the jury that any defense counsel were former state or federal prosecutors, Department of Justice Attorneys, a United States Attorney, Assistant United States Attorneys, government lawyers, or held similar positions.

That is, the government moves to preclude counsel for the defendant and any witness from referring to counsel's previous experience as state or federal prosecutors, a United States Attorney, Department of Justice Attorneys, government lawyers, or held similar positions, and from mentioning the cases they have prosecuted or held positions in when said cases were prosecuted in the jury's presence. Such information is immaterial to the guilt of the defendant and has no relevance to the trial.

Lead defense counsel in this case served as an Assistant United States Attorney for approximately three years, from in or about 1990 until in or about 1993. Further, on or about May 2, 2025, Mr. Damien Diggs filed a Notice of Appearance in this case. Prior to joining Winston & Strawn, Mr. Diggs was the United States Attorney for the Eastern

District of Texas. And before that, Mr. Diggs was an Assistant United States Attorney in the Northern District of Texas, and he also worked for the government before that.

Their experiences and work, while commendable, have no relevance to the trial of the defendant here. They have no tendency to make a relevant fact more or less probable than it would be without the jury being made aware of such information. *See* Fed. R. of Evid. 401, 402. "[P]rior prosecution experience is irrelevant to any issue to be decided" during the trial. *United States v. Palumbo Bros.*, No. 96 CR 613, 1998 WL 67623, at *5 (N.D. Ill. Feb. 3, 1998), *rev'd on other grounds*, 145 F.3d 850 (7th Cir. 1998) ("The government's uncontested motions in limine to bar Giles from referring to . . . prior prosecution experience of counsel [is] . . . GRANTED[.]"); *see also United States v. Andreas*, 23 F. Supp. 2d 835, 852 (N.D. Ill. 1998) ("The government moves to exclude defense counsel from referring to their prior prosecutorial experience, before the jury. Such statements are irrelevant . . . . Accordingly, the motion is granted and all counsel are ordered to refrain from mentioning their prior prosecutorial experience.").

Many lawyers begin their careers as state and federal prosecutors to gain trial experience, and some lawyers take such positions later in life. But the prior employment of defense counsel is not relevant, just as prior military service or other honorable positions and positions of respect are not relevant, and should not be mentioned to a jury. *United States v. Smith*, 3:17-CR-446-B (N.D. Tex.) (granting government's motion in limine that "Lawyers or witnesses shall not reference, mention, explain or argue to the jury the fact that any defense counsel were former prosecutors, government lawyers, Securities & Exchange Commission lawyers, federal agents, or held any other similar

**Government's Motion in Limine—Page 2**

positions"); *United States v. Greenlaw*, No. 4:21-CR-289-O (N.D. Tex.) (granting government's motion in limine seeking to prohibit defendants from discoing the former employment of defense counsel).

Thus, the government respectfully requests that the Court instruct defense counsel to refrain from referring in any way to their prior experience as former state or federal prosecutors, their former service as a United States Attorney, any former affiliations with any United States Attorney's Office, the Department of Justice, and any experience in handling investigations whether they, as prosecutors, would have sought to investigate or prosecute the defendants.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No.: 0193968
1100 Commerce Street - 3rd Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: Tiffany.Eggers@usdoj.gov

## CERTIFICATE OF CONFERENCE

On May 22, 2025, the government conferred with lead defense counsel on this motion, and on May 23, 2025, lead counsel indicated the defendant is not opposed to the government's motion.

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On May 23, 2025, this document was filed using the electronic case filing system of the Court, which will provide a copy of this document to all counsel of record.

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney