IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1) | |

## PARTIES' NOTICE TO THE COURT

The government and the defense file this Notice with the Court to notify the Court that the parties have reached the following agreements, all of which are entered into in order facilitate an efficient trial in this case.

(1) **Parties' agreement concerning previously preadmitted exhibits and admitted exhibits.**

Before, and during the prior trial, the parties agreed to the introduction of various exhibits as "pre-admitted." The exhibits which were introduced as "pre-admitted" are identified as such in the Joint Admitted Exhibit List filed as Dkt. 342. In anticipation of the upcoming trial, the parties have agreed to the following:

a.  For any exhibit introduced during the prior trial as "pre-admitted," the parties agree it will be "pre-admitted" during the June 2, 2025 trial.

b.  For any exhibit that was admitted during the prior trial but not as "pre-admitted," the parties agree that, if offered, those exhibits will be admitted during the June 2, 2025 trial, with the respective opposing parties' prior objections from the first trial (if any were made) being preserved. Stated another way, both parties agree that all exhibits identified in Dkt. 342, if

offered, will come into evidence during the upcoming trial, and for those exhibits not introduced as "pre-admitted," the parties agree that any objections made and overruled by the Court are preserved without the need for either party to restate those previously made objections.[1]

**(2)   Continuing nature of prior granted Motions in Limine.**

Prior to the defendant's first trial, the government and defense filed various Motions in Limine as Dkts. 265 and 260, respectively. Some of the Motions in Limine were agreed to and others were contested. The Court entered decisions on the contested Motions in Limine in Dkt. 280. Both parties agree that these prior granted Motions in Limine are still live (meaning applicable) and that the Court's prior rulings on the contested Motions in Limine remain in place as well.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CHAD E. MEACHAM<br>ACTING UNITED STATES ATTORNEY | COUNSEL FOR DEFENDANT |
| *s/ Tiffany H. Eggers*<br>TIFFANY H. EGGERS<br>Assistant United States Attorney<br>Florida Bar No.: 0193968<br>1100 Commerce Street - 3rd Floor<br>Dallas, Texas 75242<br>Telephone: 214-659-8600<br>Facsimile: 214-659-8805<br>Tiffany.Eggers@usdoj.gov | /s/ *Thomas M. Melsheimer*<br>THOMAS M. MELSHEIMER<br>Winston & Strawn LLP<br>Texas Bar No. 13922550<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>Telephone: 214-453-6500<br>Facsimile: 214-453-6400<br>TMelsheimer@winston.com |

---

[1]  A list of the government's exhibits that were introduced, but not through preadmission, includes the following: 22, 23, 45, 127, 165, 184, 185, 194, 195, and 223-227.

## CERTIFICATE OF SERVICE

On May 23, 2025, this document was filed using the electronic case filing system of the Court, which will provide a copy of this document to all counsel of record.

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney