IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-cr-083-M-1 |
| ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON ) | |
| ) | |

## MR. HAMILTON'S WITNESS LIST

Christopher D. Man, Bar No. 453553DC
Kaitlin Pierce Marino, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20006
CMan@winston.com
KPMarino@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Thomas M. Melsheimer, Bar No. 13922550TX
  *Lead Counsel*
Damien M. Diggs, Bar No. 24135025TX
Dion J. Robbins, Bar No. 488888GA
Alex C. Wolens, Bar No. 24110546TX
Emily Wilkinson, Bar No. 24125457TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
TMelsheimer@winston.com
DDiggs@winston.com
DRobbins@winston.com
AWolens@winston.com
EWilkinson@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

Abbe David Lowell, Bar No. 358651DC
Lowell & Associates, P.L.L.C.
1250 H Street, N.W.
Second Floor
Washington, D.C. 20005
ALowellPublicOutreach@lowellandassociates.com
202-841-4772

*Counsel for Defendant Ruel M. Hamilton*

In addition to those individuals the government has indicated to the defense it will call as witnesses, if Mr. Hamilton puts on a case in chief, he would list the following possible witnesses:

| Witness Name | Type | Probable/Possible |
|---|---|---|
| Carolyn King Arnold | Fact | Possible |
| John Baldwin | Fact | Possible |
| Kristie Bonner | Fact | Possible |
| Betty Culbreath | Fact | Possible |
| Ester Davis | Fact | Possible |
| Joyce Foreman | Fact | Possible |
| John Gilbert | Fact | Probable |
| A.C. Gonzalez | Fact | Possible |
| Renita Griggs | Custodian | Possible |
| Scott Griggs | Fact | Probable |
| Chris Hamilton | Fact | Probable |
| John Hamilton | Custodian | Possible |
| Clay Jenkins | Fact | Probable |
| Mattye Jones | Fact | Possible |
| Thomas Jones | Fact | Probable |
| Philip Kingston | Fact | Probable |
| Bernadette Nutall | Fact | Probable |
| Kimberly Olsen | Fact | Possible |
| Diane Ragsdale | Fact | Probable |
| Danielle Sloan | Custodian | Probable |
| Regina Turner | Fact | Probable |

| Witness Name | Type | Probable/Possible |
|---|---|---|
| Albert Wash | Fact | Possible |
| Christy Wiggins | Fact | Probable |

Dated: May 23, 2025

Respectfully submitted,

/s/ *Thomas M. Melsheimer*

Christopher D. Man, Bar No. 453553DC
Kaitlin Pierce Marino, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20006
CMan@winston.com
KPMarino@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Thomas M. Melsheimer, Bar No. 13922550TX
   *Lead Counsel*
Damien M. Diggs, Bar No. 24135025TX
Dion J. Robbins, Bar No. 488888GA
Alex C. Wolens, Bar No. 24110546TX
Emily Wilkinson, Bar No. 24125457TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
TMelsheimer@winston.com
DDiggs@winston.com
DRobbins@winston.com
AWolens@winston.com
EWilksinson@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

Abbe David Lowell, Bar No. 358651DC
Lowell & Associates, P.L.L.C.
1250 H Street, N.W.
Second Floor
Washington, D.C. 20005
ALowellPublicOutreach@lowellandassociates.com
202-841-4772

*Counsel for Defendant Ruel M. Hamilton*

**CERTIFICATE OF SERVICE**

    I certify that on May 23, 2025, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

                                    /s/*Thomas M. Melsheimer*
                                    Thomas M. Melsheimer