IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-cr-083-M-1 |
| ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON ) | |
| ) | |

# MR. HAMILTON'S EXHIBIT LIST

Christopher D. Man, Bar No. 453553DC
Kaitlin Pierce Marino, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20006
CMan@winston.com
KPMarino@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Thomas M. Melsheimer, Bar No. 13922550TX
   *Lead Counsel*
Damien M. Diggs, Bar No. 24135025TX
Dion J. Robbins, Bar No. 488888GA
Alex C. Wolens, Bar No. 24110546TX
Emily Wilkinson, Bar No. 24125457TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
TMelsheimer@winston.com
DDiggs@winston.com
DRobbins@winston.com
AWolens@winston.com
EWilkinson@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

Abbe David Lowell, Bar No. 358651DC
Lowell & Associates, P.L.L.C.
1250 H Street, N.W.
Second Floor
Washington, D.C. 20005
ALowellPublicOutreach@lowellandassociates.com
202-841-4772

*Counsel for Defendant Ruel M. Hamilton*

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0001 | Photo of 4547 Utah Ave., Dallas, TX | | |
| D-0002 | 12/15/2016 – DISD Board Meeting Minutes | | |
| D-0003 | 1/18/2017 – "Doing More in District 4" Award | | |
| D-0004 | 1/18/2017 – Video "Doing More in District 4" Award | | |
| D-0005 | 2/8/2018 – Susan B. Anthony Award - League of Women Voters of Dallas | | |
| D-0006 | 2/8/2018 – Susan B. Anthony Award Video | | |
| D-0007 | 6/15/2018 – Support for Minority Candidates Award | | |
| D-0008 | Summary Chart of Ruel Hamilton's Campaign Contributions | | |
| D-0009 | Summary Chart of Ruel Hamilton's Campaign Contributions to Dallas City Council Candidates. | | |
| D-0010 | Campaign Contributions – FEC Data | | |
| D-0011 | Campaign Contributions – TX Ethics Commission Spreadsheet | | |
| D-0012 | Campaign Contributions – Check Images | | |
| D-0013 | Summary Chart of Hamilton's Political Activities 2012-2018 | | |
| D-0014 | Hamilton's Calendars 2012-2018 | | |
| D-0015 | Summary Chart of Amerisouth Real Estate Properties | | |
| D-0016 | Supporting Documents for Property Summary Chart | | |
| D-0017 | Bachman Glen Property Photos | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0018 | Bachman Glen Property Photos (construction ~ Mar. 2004 - Mar. 2005) | | |
| D-0019 | Eastfield Property Photos | | |
| D-0020 | Eastfield Property Photos (construction ~ Oct. 2000 - Oct. 2001) | | |
| D-0021 | 8/29/2014 – $1,905,000 Promissory Note from Southwest Bank. | | |
| D-0022 | 2015 Qualified Allocation Plan (QAP) from TDHCA | | |
| D-0023 | 10/17/2014 – Memorandum to Housing Committee | | |
| D-0024 | Notice of Funding Availability (NOFA) | | |
| D-0025 | 12/1/2014 - Renderings of Royal Crest from NOFA application | | |
| D-0026 | 12/1/2014 - Renderings of Good Haven from NOFA application | | |
| D-0027 | 1/13/2015 – Dallas Housing Finance Corporation (DHFC) Meeting Minutes | | |
| D-0028 | 1/30/2015 – Memorandum to Housing Committee | | |
| D-0029 | 2/2/2015 – Housing Committee Meeting Minutes | | |
| D-0030 | 2/2/2015 – Video of Housing Committee Meeting | | |
| D-0031 | Summary Chart of Royal Crest versus Good Haven | | |
| D-0032 | 2/25/2015 – Dallas City Council Resolution – Item 77 | | |
| D-0033 | 2/25/2015 – Dallas City Council Resolution – Addendum Item 30 | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0034 | 2/25/2015 – Video of Dallas City Council Meeting | | |
| D-0035 | 1/29/2015 – TDHCA 9% Pre-Application Scoring Log | | |
| D-0036 | 7/6/2015 – TDHCA 9% Application Scoring Log | | |
| D-0037 | Summary Chart of Expenses for Royal Crest | | |
| D-0038 | Documentation of Expenses for Royal Crest | | |
| D-0039 | Summary Chart of Expenses for Good Haven | | |
| D-0040 | Documentation of Expenses for Good Haven | | |
| D-0044 | 12/1/2014 – Royal Crest Application to City | | |
| D-0045 | 11/18/2013 – Email from Ruel Hamilton to Carolyn Davis | | |
| D-0046 | 11/22/2013 – Email from Renita Griggs to Ruel Hamilton | | |
| D-0047 | 11/25/2013 – Video of FRT Bus | | |
| D-0050 | 7/9/2014 – Letter from MLK Center to Hip Hop Government | | |
| D-0051 | 8/6/2014 – Dallas Post Tribune Article, "Freedom Ride Tour" | | |
| D-0052 | 10/6/2014 – Facebook Post from MLK Center | | |
| D-0053 | 10/6/2014 – Dallas City Newsroom Posting regarding Meeting for Freedom Ride Tour | | |
| D-0056 | Freedom Ride Tour Pamphlet regarding Trip to Edmond Pettus Bridge | | |
| D-0057 | Summary Chart Comparing Ruel Hamilton's Contributions to Freedom Ride Tour Bus Trips. | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0058 | Checks for Freedom Ride Tours | | |
| D-0059 | FRT Book – 9/26/2014 | | |
| D-0060 | FRT Book – 9/25/2014 – 9/26/2014 | | |
| D-0061 | MLK Day Parade Photo | | |
| D-0062 | 2016 – Helping Our Heroes Contribution Receipt | | |
| D-0063 | Ferguson Road Initiative Contribution Records for Ruel Hamilton | | |
| D-0073 | 4/5/2015, 8:30 am – Recorded Telephone Call Between Ruel Hamilton and Carolyn Davis (GOV_148) | | |
| D-0073A | Transcript of D-0073 | | |
| D-0080 | 7/7/2015, 1:54 pm – Recorded Telephone Call between Ruel Hamilton and Carolyn Davis (GOV_212) | | |
| D-0080A | Transcript of D-0080 | | |
| D-0081 | 7/13/2015, 2:28 pm – Recorded Telephone Call between Ruel Hamilton and Carolyn Davis (GOV_217) | | |
| D-0081A | Transcript of D-0081 | | |
| D-0085 | Ruel Hamilton's Phone Records | | |
| D-0087 | 2015 Dallas City Council Election Dates | | |
| D-0088 | Summary Chart of Checks to Cash and Large Cash Withdrawals | | |
| D-0089 | Backup Checks for Summary Chart of Checks to Cash and Large Cash Withdrawals | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0090 | Carolyn Davis's 2015-2018 Form-1099s | | |
| D-0091 | Bonnie View Renderings | | |
| D-0092 | 12/13/2016 – Invoice from Joseph Anthony | | |
| D-0093 | 1/11/2017 – Letter from Carolyn Davis to David Cossum | | |
| D-0094 | 2016/2017 – Photos TBAAL Gala | | |
| D-0096 | 12/1/2014 – Good Haven Application to City of Dallas | | |
| D-0097 | 7/16/2018 and 8/2/2018 Text Messages between Chris Hamilton and Philip Kingston | | |
| D-0098 | 8/1/2018–8/15/2018 Text Messages between Chris Hamilton and Kimberly Olsen | | |
| D-0099 | 8/1/2018 – Video of Paid Sick Leave Rally | | |
| D-0100 | 8/22/2018 – Check from Ruel Hamilton to Texas Organizing Project (TOP) PAC for $25,000 | | |
| D-0105 | 4/5/2017 – Recorded Meeting Between Dwaine Caraway and UCEs (GOV_40050) | | |
| D-0105A | Transcript of D-0105 | | |
| D-0107 | 8/9/2017 – Recorded Meeting Between Dwaine Caraway and UCE (GOV_40740) | | |
| D-0107A | Transcript of D-0107 | | |
| D-0108 | 7/10/2018 – FBI Interview of Dwaine Caraway (GOV_235958) | | |
| D-0108A | Transcript of D-0108 | | |
| D-0109 | 7/11/2018 – FBI Interview of Dwaine Caraway (GOV_47916) | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0109A | Transcript of D-0109 | | |
| D-0110 | 7/24/2018 – FBI Interview of Dwaine Caraway (GOV_47788) | | |
| D-0110A | Transcript of D-0110 | | |
| D-0125 | 10/20/2014 – Email forwarded from Renita Griggs to Ruel Hamilton | | |
| D-0126 | 11/19/2014 – Email from Renita Griggs to Ruel Hamilton | | |
| D-0127 | 12/3/2014 – Email from Carolyn Davis to Ruel Hamilton and others | | |
| D-0128 | 3/10/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0129 | 3/31/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0130 | 4/15/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0131 | 5/22/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0132 | 5/28/2015 – Email forwarded from John Hamilton to Ruel Hamilton | | |
| D-0133 | 10/7/2015 – Email from Carolyn Davis to Ruel Hamilton | | |
| D-0134 | 3/27/2016 – Facebook Email Notice | | |
| D-0135 | 6/7/2016 – Facebook Email Notice | | |
| D-0136 | Expanded Version of Government Ex. #201 – Hamilton and Davis Phone Contact Summary Chart | | |
| D-0146 | 7/10/2015 – Recorded Telephone Conversation between Carolyn Davis and Jay Scroggins (GOV_73415) | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0146A | Transcript of D-0146 | | |
| D-0147 | 9/25/2018 – Recorded Meeting Between Carolyn Davis and Jay Scroggins (GOV_47960) | | |
| D-0147A | Transcript of D-0147 | | |
| D-0148 | 10/22/2018 – Recorded Meeting between Carolyn Davis and Jay Scroggins (GOV_48051) | | |
| D-0148A | Transcript of D-0148 | | |
| D-0149 | Summary Chart of Ruel Hamilton's Charitable Contributions Not Deducted on Tax Returns | | |
| D-0150 | Map of Dallas with district lines before 2011 | | |
| D-0151 | Map of Dallas with district lines after 2011 | | |
| D-0152 | Timeline of key events | | |
| D-0153 | Timeline of contributions | | |
| D-0154 | City of Dallas records | | |
| D-0155 | Dallas City Charter | | |
| D-0156 | Dallas Code of Ethics | | |
| D-0157 | Photographs of Neighborhood | | |
| D-0158 | Video of Neighborhood | | |

Dated: May 23, 2025                              Respectfully submitted,

/s/ *Thomas M. Melsheimer*

Christopher D. Man, Bar No. 453553DC             Thomas M. Melsheimer, Bar No. 13922550TX
Kaitlin Pierce Marino, Bar No. 242020DC              *Lead Counsel*
WINSTON & STRAWN LLP                             Damien M. Diggs, Bar No. 24135025TX
1901 L Street, NW                                Dion J. Robbins, Bar No. 488888GA
Washington, DC 20006                             Alex C. Wolens, Bar No. 24110546TX
CMan@winston.com                                 Emily Wilkinson, Bar No. 24125457TX
KPMarino@winston.com                             WINSTON & STRAWN LLP
202-282-5000 (ph)                                2121 N. Pearl Street, Suite 900
202-282-5100 (fax)                               Dallas, TX 75201
                                                 TMelsheimer@winston.com
                                                 DDiggs@winston.com
                                                 DRobbins@winston.com
                                                 AWolens@winston.com
                                                 EWilksinson@winston.com
                                                 214-453-6100 (ph)
                                                 214-453-6400 (fax)

Abbe David Lowell, Bar No. 358651DC
Lowell & Associates, P.L.L.C.
1250 H Street, N.W.
Second Floor
Washington, D.C. 20005
ALowellPublicOutreach@lowellandassociates.com
202-841-4772

*Counsel for Defendant Ruel M. Hamilton*

9

## CERTIFICATE OF SERVICE

I certify that on May 23, 2025, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/s/*Thomas M. Melsheimer*
Thomas M. Melsheimer
